**IN THE UNITED STATES DSITRICT COURT**
**FOR THE EASTERN DISTIRCT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN FERRAIUOLO | : | |
| | : | No. 26-cv-2224-JMY |
| vs. | : | |
| | : | |
| MOUNT AIRY #1 LLC a/k/a d/b/a | : | |
| MOUNT AIRY RESORT & CASINO a/k/a | : | |
| d/b/a MOUNT AIRY CASINO RESORT, | : | |
| MOUNT AIRY CASINO RESORT, LP, | : | |
| MOUNT AIRY #2 LLC, | : | |
| MOUNT AIRY HOLDCO LLC. | : | |

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of the *Motion to Transfer Venue Pursuant to Fed. R. Civ. P. 12(b)(3)* filed by the Defendants (ECF No. 15), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that this matter is transferred to the Middle District of Pennsylvania under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge